THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANGELO GILLOTTI, Alias ANGELO JOHN GILLOTTI, Appellant.— Judgment of conviction reversed on the facts and a new trial granted, on the ground that the verdict of the jury is contrary to and against the weight of the evidence, in that there is an absence of substantial proof that defendant was armed with a dangerous weapon as required

to constitute the crime of robbery in the first degree by section 2124 of the Penal Law. All concur.